of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2645. IN RE DISCIPLINE OF KATZ. Benjamin Zev Katz, of Lynbrook, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2646. IN RE DISCIPLINE OF GOLD. Avrom J. Gold, of West Orange, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2647. IN RE DISCIPLINE OF WHITE. Lucille Saundra White, of Bowie, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2648. IN RE DISCIPLINE OF GOLDBLATT. Lewis Steven Goldblatt, of West Dover, Vt., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2649. IN RE DISCIPLINE OF NUNNERY. Willie J. Nunnery, of Madison, Wis., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2650. IN RE DISCIPLINE OF HOWELL. W. Craig Howell, of Omaha, Neb., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2651. IN RE DISCIPLINE OF CLIFFORD. Charles Michael Clifford, of Charlestown, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.